# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARWAN SNODGRASS,**

      **Plaintiff,**

                                                              Civil Action 2:22-cv-3604
v.                                                       Judge Sarah D. Morrison
                                                      Magistrate Judge Kimberly A. Jolson

**ANNETTE CHAMBERS SMITH, et al.,**

      **Defendants.**

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Defendants to Produce Documents (Doc. 24). Because it appears that the Parties have been able to work through the discovery dispute (*see* Doc. 26), the Court **DENIES** the Motion to Compel (Doc. 24) as moot. The Court **SETS** Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment (Doc. 22) to February 5, 2024.

    IT IS SO ORDERED.

Date: December 27, 2023                                            /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE